IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CHRISTOPHER JON PERGROSSI,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No. 1:20-cv-212-AW-GRJ**

**NEW YORK STOCK EXCHANGE,**

    **Defendant.**

_____/

## **ORDER ACCEPTING IN PART REPORT AND RECOMMENDATION**

This is one of the many frivolous pro se cases Christopher Jon Pergrossi has recently filed in this court. I have considered the magistrate judge's omnibus order to show cause and report and recommendation. ECF No. 4. No objections were filed.[*] I agree with the magistrate judge that the action is frivolous and has wasted court resources. On the issue of sanctions, the judge in the first-filed case found it to be a close call but did not impose sanctions. *See* No. 1:20-cv-181-MW-GRJ, ECF No. 7. I will likewise not impose sanctions at this time.

The clerk will enter judgment that says, "This case is DISMISSED without leave to amend pursuant to 28 U.S.C. § 1915(e)(2)." The clerk will close the file.

---

[*] In another of his cases, Pergrossi filed an objection to the omnibus Report and Recommendation. *See* No. 1:20-cv-181-MW-GRJ, ECF No. 6. Although he did not file that objection (or any objection) in this case, I have nonetheless considered de novo the issues raised in that objection.

1

SO ORDERED on October 5, 2020.

                                              s/ *Allen Winsor*
                                              United States District Judge